1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL MERCHANT CENTER, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDIANET GROUP TECHNOLOGIES, INC. dba DUBLI.COM, a Nevada Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant.<br>_____<br>MEDIANET GROUP TECHNOLOGIES, INC.,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>NATIONAL MERCHANT CENTER, INC., FIRST DATA MERCHANT SERVICES CORPORATION and ROES 1 through 20, inclusive,<br><br>　　　　　Counterdefendants. | Case No. 8:11-cv-00433-AG-JCG<br><br>**DECLARATORY JUDGMENT IN FAVOR OF MEDIANET GROUP TECHNOLOGIES, INC. AND AGAINST NATIONAL MERCHANT CENTER, INC. AND FIRST DATA MERCHANT SERVICES CORPORATION ON MEDIANET'S DECLARATORY JUDGMENT CLAIM FOR IMMEDIATE RETURN OF RESERVE FUNDS  [RULE 37]**<br><br>Complaint Filed:   February 9, 2011 |

Pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201, in accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring a judgment to be set forth on separate document), and consistent with

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

MG23-0000001
3914647.1

1

DECLARATORY JUDGMENT IN FAVOR OF
MEDIANET GROUP TECHNOLOGIES, INC.

1  the Court's Findings of Fact and Conclusions of Law read into the record at the conclusion
2  of the expedited one-day bench trial held on February 24, 2012 as to MediaNet Group
3  Technologies, Inc.'s claim for Declaratory Relief,

4      **IT IS ORDERED, ADJUDGED, AND DECREED:**

5      1.   Declaratory judgment is entered in favor of MediaNet Group Technologies,
6  Inc. ("MEDIANET") and against defendants National Merchant Center, Inc. ("NMC") and
7  First Data Merchant Services Corporation ("FIRST DATA") on MEDIANET's claim for
8  Declaratory Relief regarding the issue of MEDIANET's claim to the immediate return of
9  $2,133,852.28 of MEDIANET's funds, which were being held in a reserve account (the
10 "Reserve Funds").

11     2.   MEDIANET is entitled to immediate possession of the Reserve Funds in
12 the amount of $2,133,852.28.

13     3.   The Clerk of Court shall immediately release to counsel for MEDIANET, all
14 of the Reserve Funds which NMC deposited with the Court in Case No. 8:11-cv-00433-
15 AG-JCG and Case No. 2:12-cv-00865-AG-JCG.

16     4.   NMC and FIRST DATA shall immediately release to counsel for
17 MEDIANET the remaining amount of the Reserve Funds.

18     5.   MEDIANET is the prevailing party on its claim for Declaratory Relief for
19 the immediate return of the Reserve Funds, and may seek further relief in accordance with
20 28 U.S.C. § 2202.

21     **IT IS SO ORDERED.**

22

23 Dated: March 28, 2012

                                                    Hon. Andrew J. Guilford
24                                                  Judge, United States District Cour

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

MG23-0000001
3914647.1

2

DECLARATORY JUDGMENT IN FAVOR OF
MEDIANET GROUP TECHNOLOGIES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

MG23-0000001
3914647.1

3

DECLARATORY JUDGMENT IN FAVOR OF
MEDIANET GROUP TECHNOLOGIES, INC.